EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:<br><br>Leilany Del C. Carrión Del Toro | 2020 TSPR 117<br><br>205 DPR _____ |
|---|---|

Número del Caso:  TS-13,372

Fecha:  29 de septiembre de 2020

Abogados de la parte peticionaria:

      Por Derecho Propio

Materia:  Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Leilany Del C. Carrión Del Toro          TS-13,372

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de septiembre de 2020.

Examinada la *Moción en cumplimiento de orden* presentada el 23 de septiembre de 2020, se ordena la readmisión de la Sra. Leilany Del C. Carrión Del Toro al ejercicio de la abogacía.

Se ordena a la Secretaría hacer el cambio de la señora Carrión Del Toro a abogada activa en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo